| | |
|---|---|
| JAMES R. CLOUD, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>)<br>MARK STEVENS and TIFFANY A. )<br>LESNIK )<br>)<br>)<br>Defendants. ) | **JUDGMENT IN A CIVIL CASE**<br>**CASE NO. 5:21-CV-470-D** |

**Decision by Court.**

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court OVERRULES plaintiff's objections to the M&R, ADOPTS the conclusions in the M&R [D.E. 5], and DISMISSES WITHOUT PREJUDICE plaintiff's complaint for lack of subject-matter jurisdiction [D.E. 7]. Alternatively, plaintiff fails to state a claim upon which relief can be granted.

**This Judgment Filed and Entered on August 1, 2023, and Copies To:**

James R. Cloud         (via CM/ECF electronic notification)


DATE: August 1, 2023                    PETER A. MOORE, JR., CLERK

                                        (By)  /s/ Stephanie Mann
                                        Deputy Clerk